DISTRICT COURT OF APPEAL OF FLORIDA
SECOND DISTRICT

———————————————

AUMBRE RASHARD JOHNSON,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

No. 2D2024-1141
———————————————

December 12, 2025

Appeal from the Circuit Court for Pinellas County; Philip J. Federico, Judge.

Blair Allen, Public Defender, and Shiobhan Olivero, Special Assistant Public Defender, Bartow; and Tosha Cohen, Assistant Public Defender (substituted as counsel of record), Bartow, for Appellant.

James Uthmeier, Attorney General, Tallahassee, and William C. Shelhart, Assistant Attorney General, Tampa, for Appellee.


SILBERMAN, Judge.

Aumbre Rashard Johnson appeals his conviction and sentence for home invasion robbery, raising several issues. As to his conviction, we affirm without comment. Regarding his sentence, he contends that his sentence is illegal because the trial court, rather than the jury, made the requisite findings to sentence him as a prison releasee reoffender (PRR)

pursuant to section 775.082, Florida Statutes (2022).  We conclude that even if the trial court erred by making the requisite findings, any error is harmless based on the record on appeal.  *See Alonso v. State*, 415 So. 3d 826, 827 (Fla. 2d DCA 2025) ("[A]ny error in the trial court's determining that Alonso met the statutory requirements to be designated a prison releasee reoffender and a habitual felony offender is harmless based on the record before us."); *Flournoy v. State*, 415 So. 3d 806, 808 (Fla. 2d DCA 2025) ("[E]ven assuming that the trial court erred by making the findings necessary to impose the HFO and PRR enhancements, rather than leaving those findings to the jury, the error was harmless.").

    Affirmed.


VILLANTI, J., and CARROLL, HUNTER W., ASSOCIATE JUDGE, Concur.

_____

Opinion subject to revision prior to official publication.